RECEIVED
OCT 2 4 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

To: All Counsel of Record

Reply To: Judge Rebecca F. Doherty

Re: Ronald Coleman Clark v. Mark Hebert, et al
Civil Action No. 05-0100

Date: October 21, 2005

## MINUTE ENTRY

The Court is in receipt of plaintiff's "Motion of Clarification." [Doc. #15] In light of the fact that the motion gives no information other than to state it is a motion of clarification, the court cannot ascertain what relief plaintiff is seeking. Accordingly, the motion is DENIED.